## METROPOLITAN DISTRICT COMMISSION *v.* AFSCME, COUNCIL 4, LOCAL 184

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 680 (AC 25591), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Bourke G. Spellacy*, *Barbara A. Frederick* and *Anthony J. Palermino*, in support of the petition.

*J. William Gagne, Jr.*, in opposition.

Decided September 12, 2005

## KENNETH F. DEYO, JR. *v.* COMMISSIONER OF REVENUE SERVICES

The plaintiff's petition for certification for appeal from the Appellate Court, 89 Conn. App. 903 (AC 26032), is denied.

*Kenneth F. Deyo, Jr.*, pro se, in support of the petition.

*Paul M. Scimonelli*, assistant attorney general, in opposition.

Decided September 12, 2005

## THOMAS O'CONNOR *v.* BOARD OF EDUCATION OF THE TOWN OF WETHERSFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 59 (AC 24846), is denied.